# EXHIBIT A

| | |
|---|---|
| 1 | DANIEL G. KNAUSS<br>United States Attorney |
| 2 | District of Arizona<br>JUDSON T. MIHOK |
| 3 | Assistant U.S. Attorney<br>405 West Congress, Suite 4800 |
| 4 | Tucson, Arizona 85701<br>Telephone: (520) 620-7300 |
| 5 | judson.mihok@usdoj.gov<br>Attorneys for Plaintiff |

FILED _____ LODGED
_____ _____ COPY

2007 JUN 27 P 4: 07

[stamp: U.S. DISTRICT COURT DISTRICT OF ARIZONA]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CR07-1207TUC RCC/CRP

| | | |
|---|---|---|
| United States of America, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | Violations: |
| | ) | 18 U.S.C. §§ 2251(a) and (e) |
| vs. | ) | 18 U.S.C. §§ 2252(a)(1) and (b)(1) |
| | ) | 18 U.S.C. §§ 2252(a)(2) and (b)(1) |
| | ) | 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) |
| | ) | 18 U.S.C. § 1462(a) |
| | ) | 18 U.S.C. § 1465 |
| | ) | 18 U.S.C. § 1073 |
| Howard Wesley Cotterman, | ) | 18 U.S.C. § 2253 |
| | ) | 18 U.S.C. § 1467 |
| Defendant. | ) | (Production of Child Pornography; Transportation and Shipping of Child Pornography; Receipt of Child Pornography; Possession of Child Pornography; Importation of Obscene Materials; Transportation of Obscene Materials; Flight to Avoid Prosecution; Forfeiture Allegation) |

THE GRAND JURY CHARGES:

COUNT ONE

PRODUCTION OF CHILD PORNOGRAPHY

From a time unknown to on or about April 6, 2007, in the District of Arizona, HOWARD WESLEY COTTERMAN, employed, used, persuaded, induced, enticed and coerced a minor female to engage in any sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct and the visual depiction was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means,

1  including by computer, that is, HOWARD WESLEY COTTERMAN produced and
2  maintained photographic images of a minor female engaged in sexually explicit conduct on
3  a computer hard disk drive which had been mailed, shipped and transported in interstate and
4  foreign commerce, and by virtue of the presence of said material on computer related
5  storage media, along with a collection of other child pornography related material which
6  had been amassed by means of computer, said images were intended for distribution in
7  interstate and foreign commerce, said images include, but are not limited to, the following:

8  Material:                                    Computer File Name:
   Hitachi Travelstar 55.9 gb hard              P1010025.jpg
9  drive model HTS72606M9AT00,                  P5010008.jpg
   SN MRH433M4H8GH2B                            IMGP0556.jpg
10                                              P3200002c.jpg
                                                P7310015.jpg
11                                              P1010054.jpg

12  All in violation of Title 18, United States Code, Sections 2251(a) and (e).

13                                  COUNT TWO

14                       PRODUCTION OF CHILD PORNOGRAPHY

15         From a time unknown to on or about April 6, 2007, in the District of Arizona,
16  HOWARD WESLEY COTTERMAN, employed, used, persuaded, induced, enticed and
17  coerced a minor female to engage in sexually explicit conduct, as that term is defined in
18  Title 18, United States Code, Section 2256(2), for the purpose of producing any visual
19  depiction of such conduct and the visual depiction was produced using materials that had
20  been mailed, shipped and transported in interstate and foreign commerce by any means,
21  including computer, that is, HOWARD WESLEY COTTERMAN produced and maintained
22  videotaped files of a minor female engaged in sexually explicit conduct on a computer hard
23  disk drive which had been mailed, shipped or transported in interstate and foreign
24  commerce, and by virtue of the presence of said material on computer related storage
25  media, along with a collection of other child pornography related material which had been
26  amassed by means of computer, said videotaped files were intended for distribution in
27  interstate and foreign commerce, and videotaped files are more fully described as:
28

United States v. Cotterman
Indictment page 2

| Material: | Computer File Name: |
|---|---|
| Hitachi Travelstar 55.9 gb hard drive model HTS72606M9AT00, SN MRH433M4H8GH2B | T0307BR1.wmv<br>T0307BR1best.wmv<br>T03_Therm2.wmv |

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE

### TRANSPORTATION AND SHIPPING OF CHILD PORNOGRAPHY

On or about April 6, 2007, at or near Lukeville, in the District of Arizona, HOWARD WESLEY COTTERMAN, did knowingly transport and ship in interstate and foreign commerce, by any means including by computer and by mail, any visual depiction, the production of which involved the use of minors engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct, that is, computer files contained on a Hitachi Travelstar 55.9 gb hard drive, model HTS72606M9AT00, s/n MRH433M4H8GH2B, including, but not limited to, the following titles: "P8010019.jpg," "P8040067.jpg," "P8040068.jpg," "P8040093.jpg," "169.jpg," and "T44.jpg"; in violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1).

## COUNT FOUR

### RECEIPT OF CHILD PORNOGRAPHY

From a time unknown to on or about April 6, 2007, at or near Lukeville, in the District of Arizona, HOWARD WESLEY COTTERMAN, did knowingly receive a visual depiction that had been mailed, shipped and transported in interstate and foreign commerce, and which contained materials which had been mailed, shipped and transported, by any means including by computer and by mail, the production of which involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, that is, approximately eighteen computer files contained on a Hitachi Travelstar 55.9 gb hard drive, model HTS72606M9AT00, s/n MRH433M4H8GH2B, including, but not limited to, the

following titles: "m_p_1.jpg," "4_2.jpg," "4_4.jpg," "02.jpg," and "4_3.jpg"; in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT FIVE

### POSSESSION OF CHILD PORNOGRAPHY

On or about April 6, 2007, at or near Lukeville, in the District of Arizona, HOWARD WESLEY COTTERMAN, did knowingly possess any visual depiction that had been mailed, shipped and transported in interstate and foreign commerce, and which had been produced using materials that had been mailed, shipped and transported, by any means including by computer, the production of which involved the use of at least one minor engaging in sexually explicit conduct and such visual depiction was of such conduct, that is, HOWARD WESLEY COTTERMAN knowingly possessed a computer hard disk drive that contained images and videos containing visual depictions of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), including, but not limited to, the following file names found on the following material:

| Material | Computer File Name(s) |
|---|---|
| Hitachi Travelstar 55.9 gb hard drive model HTS72606M9AT00, s/n MRH433M4H8GH2B | Im-tour-022.jpg<br>Im-tour-024.jpg<br>m_p_3.jpg<br>P8010003.jpg |

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

## COUNT SIX

### IMPORTATION OF OBSCENE MATERIAL

On or about April 6, 2007, at or near Lukeville, in the District of Arizona, HOWARD WESLEY COTTERMAN, did knowingly bring into the United States any obscene, lewd, lascivious, and filthy book, pamphlet, picture, motion-picture film, paper, letter, writing, print and other matter of indecent character, that is, HOWARD WESLEY COTTERMAN knowingly possessed a computer hard disk drive that contained text of approximately 300 stories related to child pornography, incest and other obscene material,

which he imported into the United States from the Republic of Mexico, and said materials were contained on a Hitachi Travelstar 55.9 gb hard drive, Model HTS72606M9AT00, s/n MRH433M4H8GH2B; in violation of Title 18, United States Code, Section 1462(a).

## COUNT SEVEN

## TRANSPORTATION OF OBSCENE MATERIAL

On or about April 6, 2007, at or near Lukeville, in the District of Arizona, HOWARD WESLEY COTTERMAN, did knowingly transport in foreign commerce for the purpose of sale and distribution any obscene, lewd, lascivious, and filthy book, pamphlet, picture, motion-picture film, paper, letter, writing, print and other matter of indecent character, that is, HOWARD WESLEY COTTERMAN knowingly possessed a computer hard disk drive that contained text of approximately 300 stories related to child pornography, incest and other obscene material and said materials were contained on a Hitachi Travelstar 55.9 gb hard drive, Model HTS72606M9AT00, s/n MRH433M4H8GH2B; in violation of Title 18, United States Code, Section 1465.

## COUNT EIGHT

## FLIGHT TO AVOID PROSECUTION

On or about or between April 6, 2007 and or April 12, 2007, at or near Tucson, in the District of Arizona, HOWARD WESLEY COTTERMAN, did move and travel in interstate and foreign commerce from Tucson, in the state of Arizona, to Sydney, Australia, via Mexico, Canada and Japan, with intent to avoid prosecution under the laws of the United States for a crime which is a felony under the laws of the United States; in violation of Title 18, United States Code, Section 1073.

## FORFEITURE ALLEGATION

Counts 1 through 7 are realleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 18, United States Code, Sections 2253 and 1467.

As a result of the foregoing offenses alleged in Counts 1 through 7 of this Indictment, any and all interest the defendant, HOWARD WESLEY COTTERMAN, has in any and all matter which contains visual depictions produced, mailed, transported, shipped and received in violation thereof; and any and all property used and intended to be used in any manner and part to commit and to promote the commission of the aforementioned violations, including, but not limited to, the following:

(1) One Dell Inspiron 8600 laptop computer, SN 5VJ0T61, containing two hard drives, described as follows: (1) One Hitachi Travelstar 55.9 gb hard drive, Model HTS72606M9AT00, s/n MRH433M4H8GH2B; and (1) One Fujitsu 37.3 gb hard drive, Model MHT2040AH, SN NP0ET513F75N; all seized from HOWARD WESLEY COTTERMAN and held in custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, is forfeitable to the United States pursuant to Title 18, United States Code, Sections 2253 and 1467.

A TRUE BILL

Presiding Juror

REDACTED FOR PUBLIC DISCLOSURE

JUN 2 7 2007

DANIEL G. KNAUSS
United States Attorney
District of Arizona

Assistant U.S. Attorney

United States v. Cotterman
Indictment page 6