# EXHIBIT D



U.S. Department of Justice

United States Attorney
District of Arizona

United States District Courthouse
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040

(520) 620-7300
FAX: (520) 620-7320

June 27, 2008

Alfred S. Donau III, Esq.
Donau & Bolt
3505 North Campbell, Suite 501
Tucson AZ 85719-2003

Re: U.S. v. Howard Wesley Cotterman

Dear Skip:

We have reviewed the contents of your letter dated April 23, 2008, and your proposal to resolve the matter by way of plea to a stipulated range of 63-78 months. It has taken some time to confer with supervisors here and in the Eastern District of California. We also needed to solicit the input from the victim and her guardian. After doing so the consensus is that the terms of that offer are not acceptable.

I would propose a plea to a Possession of Child Pornography count both here and in the Eastern District of California. We would also explore the possibility of working out a Rule 20 transfer. The remaining counts would be dismissed in satisfaction. In exchange, the defendant's sentence would be a minimum of twelve years of incarceration and a maximum of somewhere near the statutory maximum, which is twenty years. The advisory USSG for the Possession counts would likely be in the fourteen to seventeen year range, however, that is not binding on the Court, myself or the Probation Department. In addition to the standard waivers contemplated in exchange for your client's plea, there would also be a number of conditions of supervised release with an agreement that the term of supervision would be for life. Restitution for the victim is also mandatory.

Please advise if there is a plea with a range that would be acceptable to your client. I have tentative approval to make this offer at this time, but still must get formal approval which has taken some time. I did not want to wait any longer due to the upcoming hearing date. Please advise as soon as possible if your client is interested in pleading guilty as outlined and accepting those terms, and I will attempt to get formal approval required.

If your client is not interested in pleading guilty per those tentative terms, please advise as well. In that scenario, I want to make sure that the current hearing date of July 16th is still acceptable. Then I will file my response to your motion to suppress, as well as some other motions.

In addition, enclosed herewith please find a reciprocal disclosure agreement. Please execute and return with a check to the **Department of Justice** in the amount of $36.75. Once the check and the agreement are received, the discovery will be made available to you. Please advise if you wish to have it picked up at the USAO or prefer it to be mailed.

Please call me with any questions. I look forward to hearing from you.

Sincerely,
DIANE HUMETEWA
United States Attorney
District of Arizona

JUDSON T. MIHOK
Assistant U.S. Attorney

Encl.