# EXHIBIT F

*Donau & Bolt*

ATTORNEYS AT LAW

SUITE 501

3505 NORTH CAMPBELL AVENUE

TUCSON, ARIZONA 85719-2033

ALFRED S. DONAU III
  CERTIFIED CRIMINAL LAW SPECIALIST,
  STATE BAR OF ARIZONA
  ADMITTED TO PRACTICE IN ARIZONA AND MONTANA
JOHN R. BOLT
  CERTIFIED FAMILY LAW SPECIALIST,
  STATE BAR OF ARIZONA
  FELLOW OF THE AMERICAN ACADEMY OF
    MATRIMONIAL LAWYERS
  LISTED IN "THE BEST LAWYERS IN AMERICA" SINCE 1993
LINDSAY GLENN MELLEN
  ADMITTED TO PRACTICE IN ARIZONA AND ILLINOIS
AARON C. CITRON
  ADMITTED TO PRACTICE IN ARIZONA

TELEPHONE
(520) 795-8710

FAX
(520) 795-0308

July 2, 2008

Judson Mihok
U.S. Attorney's Office
405 W. Congress, Suite 4800
Tucson, AZ 85701-5040

RE:   United States vs. Cotterman

Dear Judson:

I received your June 27, 2008 letter on June 30, 2008. Needless to say, both my client and I were disappointed with your response. I am at a loss to understand why it took two months to reach a conclusion which you and the U.S. Attorneys involved must know is completely unacceptable to my client. My client is sixty seven years old. He believes, as do I, that we have a reasonable chance of succeeding on the motion to suppress. The offer proposed by the government is essentially a life sentence. My client, therefore, categorically rejects the proposed disposition.

In your letter you indicate the following, "Please advise if there is a plea with a range that would be acceptable to your client." Based upon that request I have spoken with my client and in a last effort to resolve this matter prior to motions hearing, my client would agree to (a) stipulated sentence of ninety months. There would be no guideline range. It would be an agreed upon sentence of ninety months. We understand that restitution, as required by statute and lifetime supervised release would be part of the agreement. I believe this is a more than fair disposition of this matter, particularly when one relates the sentence to my client's age. The sentence that would be imposed is seven and a half years in prison. My client would be in his mid-seventies, if he lives that long, at the time of release. Based upon the fact that I believe my client's criminal history category would be one, I believe appropriate charges can be fashioned to reflect the above proposal. There will be no other offers to dispose of this matter prior to motions hearing.

If this is acceptable, please let me know at your earliest convenience. If it is not acceptable, we should prepare to go forward with the previously filed motion to suppress.

Very truly yours,

DONAU & BOLT

Alfred S. Donau III

ASD/kk