# EXHIBIT J

Case 4:16-cv-00667-RCC   Document 49-10   Filed 04/06/20   Page 2 of 8
Case 4:16-cv-00667-RCC   Document 1-10   Filed 10/08/16   Page 2 of 8

Case 4:07-cr-01207-RCC-CRP   Document 117   Filed 06/06/14   Page 1 of 7

Rcvd USAO Tuc 06/05/14 PM02:41

JOHN S. LEONARDO
United States Attorney
District of Arizona
CARIN C. DURYEE
CARMEN F. CORBIN
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Carin.Duryee@usdoj.gov
Carmen.Corbin@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | CR 07-1207-TUC-RCC |
|---|---|
| Plaintiff, | |
| vs. | STIPULATIONS OF FACT |
| HOWARD WESLEY COTTERMAN, | |
| Defendant. | |

It is hereby STIPULATED by the defendant Howard Wesley Cotterman and the United States that the following facts are uncontested in the above-captioned case, and shall be considered by the Court to have been proven, beyond a reasonable doubt, within the trial of this case:

The indictment in the District of Arizona charges COTTERMAN with two counts of production of child pornography, transportation and shipping, receipt, and possession of child pornography, and importation of obscene material.

Case 4:16-cv-00667-RCC   Document 49-10   Filed 04/06/20   Page 3 of 8
Case 4:16-cv-00667-RCC   Document 1-10   Filed 10/08/16   Page 3 of 8

Case 4:07-cr-01207-RCC-CRP   Document 117   Filed 06/06/14   Page 2 of 7

1. On or about February 25, 1992, COTTERMAN ("Defendant") was convicted in California, Santa Clara County Superior Court, in the Superior Court of California, in case number 150626, of thirty-three offenses, which included two (2) counts of use of a minor in sexual conduct, two (2) counts of lewd and lascivious conduct upon a child, three (3) counts of annoy/molest a child, eleven (11) counts of false imprisonment, and fourteen (14) burglary offenses, all in violation of California Penal Codes. A review of the facts underlying those convictions reveals that the defendant went to several daycare/preschool centers over the course of three days (August 15, 19, and 20, 1991) and falsely represented himself to be a doctor or an official with the Department of Social Services investigating physical and sexual abuse of children. Under those pretenses, he gained access to eleven victims, nine girls and two boys, all between the ages of three and six years old, and photographed the pubic areas of two six year old females. Upon those convictions the defendant was sentenced to serve four years in prison on June 19, 1992. As a result of those convictions, Howard COTTERMAN is a registered sex offender with the state of California.

2. On April 6, 2007, Howard Wesley Cotterman ("Cotterman" and "the defendant") entered the United States from Mexico at the Lukeville, Arizona, port of entry.

3. In Cotterman's possession was a Dell laptop computer with a Hitachi Travelstar 55.9 gb hard drive model HTS72606M9AT00, serial number MRH433M4H8GH2B. This computer belonged to him.

4. The Dell laptop computer and Hitachi Travelstar 55.9 gb hard drive model HTS72606M9AT00, serial number MRH433M4H8GH2B, were produced using materials that had been mailed, shipped and transported in interstate or foreign commerce.

Case 4:07-cr-01207-RCC-CRP   Document 117   Filed 06/06/14   Page 3 of 7

5. Prior to his entry into the United States on April 6, 2007, Cotterman had traveled in Mexico with the above-referenced Dell computer.

6. On the hard drive of the defendant's Dell computer described above, and accessible in password-protected space, were the following images, copies of which are submitted to the court as exhibits 1 through 29 hereto:

| | |
|---|---|
| Ex. 1 | P1010025.jpg |
| Ex. 2 | P5010008.jpg |
| Ex. 3 | IMGP0556.jpg |
| Ex. 4 | P3200002c.jpg |
| Ex. 5 | P7310015.jpg |
| Ex. 6 | P1010054.jpg |
| Ex. 7 | T0307BR1.wmv |
| Ex. 8 | T0307BR1best.wmv |
| Ex. 9 | T03_Therm2.wmv |
| Ex. 10 | P8010019.jpg |
| Ex. 11 | P8040067.jpg |
| Ex. 12 | P8040068.jpg |
| Ex. 13 | P8040093.jpg |
| Ex. 14 | t69.jpg |
| Ex. 15 | T44.jpg |
| Ex. 16 | m_p_1.jpg |
| Ex. 17 | 4_2.jpg |
| Ex. 18 | 4_4.jpg |
| Ex. 19 | 02.jpg |
| Ex. 20 | 4_3.jpg |

Case 4:07-cr-01207-RCC-CRP   Document 117   Filed 06/06/14   Page 4 of 7

| | | |
|---|---|---|
| Ex. 21 | lm-tour-022.jpg | |
| Ex. 22 | lm-tour-024.jpg | |
| Ex. 23 | m_p_3.jpg | |
| Ex. 24 | P8010003.jpg | |
| | | |
| Ex. 25 | T03_therm.wmv | |
| Ex. 26 | IMGP0055.mov | |
| Ex. 27 | T0507 003.mov | |
| Ex. 28 | P8040105.jpg | |
| Ex. 29 | Waimea3 015.jpg | |

7. Exhibits 16 through 23 depict actual individuals who were under age 18 at the time the images were created. The government has no evidence that suggests that exhibits 16 through 23 were produced by the defendant.

8. Exhibits 16 through 23 are visual depictions which had been mailed, shipped and transported in interstate or foreign commerce, and were produced using materials which had traveled in, been mailed, shipped and transported in interstate or foreign commerce.

9. Also on the hard drive of the defendant's Dell computer described above, and accessible in password-protected space, were approximately 300 stories relating to sexual conduct with children and incest, marked as Exhibit 30. Exhibits 30a through 30c are three of the text stories contained within Exhibit 30.

10. In Cotterman's possession on April 6, 2007, at the time he entered the United States from Mexico was a Pentax Optio MX4 camera, a photograph of which is marked

- 4 -

Case 4:07-cr-01207-RCC-CRP   Document 117   Filed 06/06/14   Page 5 of 7

as Exhibit 31. The Pentax Optio Camera was produced using materials that had been mailed, shipped and transported in interstate or foreign commerce.

11.   Metadata contained within Exhibit 3 indicates that it was taken by the Pentax Optio camera depicted in Exhibit 31.

12.   Prior to his arrest, Cotterman also owned a Fujifilm FinePIX E510 camera. This camera was produced using materials that had been mailed, shipped and transported in interstate or foreign commerce.

13.   Exhibit 32 is a photograph taken during the search of the defendant's home in Truckee, California, on April 13, 2007, showing one box for a Fujifilm FinePIX E510 camera, and one for a Pentax Optio MX4.

14.   A CD entitled "Howard Cotterman Truckee SW Photos" and marked as Exhibit 33, contains 118 photographs which were taken during the search of the defendant's home in Truckee, California, on April 13, 2007, and accurately depict the defendant's home on that date[1].

15.   Metadata from some sexually explicit images of T.C. and from many other innocuous pictures found on Cotterman's computer indicates that they were taken with a Fujifilm FinePIX E510, or the Pentax Optio which the defendant brought into the United States on April 6, 2007, and depicted in Exhibit 31.

---

[1] A copy of this CD and the photographs contained within it was disclosed to the defendant on April 28, 2014.

- 5 -

Case 4:07-cr-01207-RCC-CRP   Document 117   Filed 06/06/14   Page 6 of 7

16. Metadata from most of the images of T.C. found on Cotterman's computer and charged in the indictment indicates they were taken by an Olympus Optical Co. Ltd. camera, which ~~Cotterman denies having owned or possessed.~~ However, both parties stipulate that Olympus cameras are not manufactured within the state of Arizona, and are produced using materials that had been mailed, shipped and transported in interstate or foreign commerce.

17. At the time he entered the United States from Mexico on April 6, 2007, the defendant knew Exhibit 30 (including 30a through 30c) was on his computer.

18. On or about April 9, 2007, the defendant left the United States and went to Australia. On September 8, 2007, the defendant was found in Coffs Harbour, Australia using a false name and false identification. He waived extradition and was returned to the United States to face the charges in this matter. Exhibits 34 through 40 are passport documents and drivers licenses found in Cotterman's possession when he was arrested in Australia.

19. The transcript of the Motion to Suppress and Evidentiary Hearing held in this matter on August 27, 2008 shall be received in evidence, along with the exhibits admitted at that hearing.

The content of this stipulation is true and correct. These facts and elements shall be considered uncontested and proven by the government, beyond any reasonable doubt.

_____
Howard Wesley Cotterman
Defendant

_____
Alfred S. Donau, Esq.
Attorney for Defendant

Case 4:16-cv-00667-RCC   Document 49-10   Filed 04/06/20   Page 8 of 8
Case 4:16-cv-00667-RCC   Document 1-10   Filed 10/08/16   Page 8 of 8

Case 4:07-cr-01207-RCC-CRP   Document 117   Filed 06/06/14   Page 7 of 7

Respectfully submitted this 6th day of June, 2014.

6/6/14
Date

JOHN S. LEONARDO
United States Attorney
District of Arizona

CARIN C. DURYEE
CARMEN F. CORBIN
Assistant U.S. Attorneys

- 7 -