# EXHIBIT O

Case 4:16-cv-00667-RCC   Document 49-15   Filed 04/06/20   Page 2 of 2
Case 4:07-cr-01207-RCC-CRP   Document 141   Filed 09/29/14   Page 1 of 1
Case 4:16-cv-00667-RCC   Document 1-15   Filed 10/08/16   Page 2 of 2

1  Alfred S. Donau III
   Arizona State Bar #3540
2  Pima County Bar #14784
   **DONAU & BOLT**
3  3505 North Campbell Avenue, Suite 501
   Tucson, Arizona 85719-2033
4  Telephone (520) 795-8710

5  Attorneys for Defendant HOWARD COTTERMAN

           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | CASE NO.:  CR-07-01207-TUC-RCC |
|---|---|
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | (Assigned to Judge Raner C. Collins) |
| HOWARD WESLEY COTTERMAN, | |
| Defendants. | |

   COMES NOW the Defendant, HOWARD WESLEY COTTERMAN, by and through undersigned counsel, hereby gives notice of his appeal from the conviction and sentencing for said conviction which took place on September 29, 2014 in front of the Honorable Raner C. Collins.

   **DATED** this 29th day of September, 2014.

                      DONAU & BOLT
                      Attorneys for Defendant

                      /s/: *Alfred S. Donau III*
                      Alfred S. Donau III

1