# EXHIBIT P

Case 4:16-cv-00667-RCC   Document 49-16   Filed 04/06/20   Page 2 of 6
Case 4:16-cv-00667-RCC   Document 1-16   Filed 10/08/16   Page 2 of 6
Case: 14-10454, 02/05/2015, ID: 9410682, DktEntry: 11-1, Page 1 of 2

Darla J. Mondou
Mondou Law Office
11201 N. Anway Road
Marana, Az 85653
Telephone: (520)682-5535
BBO # 563103 MA
darlalaw@aol.com
        Counsel for Defendant/Appellant

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Appellee | )<br>)<br>) U.S.C.A. 14-10454<br>) |
| v. | )<br>)<br>)<br>)<br>) |
| HOWARD WESLEY COTTERMAN,<br>Appellant | )<br>) MOTION TO WITHDRAW<br>) AS COUNSEL FOR<br>) APPELLANT<br>) |

NOW COMES CJA Counsel for Defendant-Appellant Howard Wesley Cotterman and hereby moves this Honorable Court to allow her to withdraw as counsel. The opening Brief in this matter is due to be filed by February 26, 2015. Mr. Cotterman disagrees with this counsel's legal opinions and a complete breakdown of the attorney-client relationship has occurred. Please see the attached affidavit of counsel in support thereof.



RESPECTFULLY SUBMITTED

s/ Darla J. Mondou, Esq.
11201 N. Anway Road
Marana, AZ 85653
(520) 682-5535
darlalaw@aol.com
          Counsel for Defendant/Appellant


Dated: this   5th day of February, 2015

               CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2015 I filed the above
motion to withdraw with the 9th Circuit Court of Appeals via
the CM/ECF system and a copy to


Howard Wesley Cotterman
Reg # 30367-208
USP Lompoc
U.S. Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436


/s Darla J. Mondou

Darla J. Mondou
Mondou Law Office
11201 N. Anway Road
Marana, Az 85653
Telephone: (520)682-5535
BBO # 563103 MA
darlalaw@aol.com
         Counsel for Defendant/Appellant

                  UNITED STATES COURT OF APPEALS
                      FOR THE NINTH CIRCUIT


UNITED STATES OF AMERICA,            )
                    Appellee         )
                                     ) U.S.C.A. 14-10454
                                     )
        v.                           )
                                     )
                                     )
                                     )
                                     )
HOWARD WESLEY COTTERMAN,             )
                    Appellant        ) AFFIDAVIT OF COUNSEL
                                     ) IN SUPPORT OF MOTION TO
                                     ) WITHDRAW
_____  )

     I, Darla J. Mondou, CJA appointed counsel for Howard

Cotterman hereby state the following:

     1.   I accepted an appointment to represent Mr.

Cotterman on appeal of his conviction and sentence:

     2.   I have thoroughly reviewed the record below,

including the transcripts of the bench trial and imposition

of sentence, the motions filed, the responses, the

sentencing memoranda, and the presentence investigative

report.  I personally viewed the images that form the basis

of the convictions at the Immigration Customs Enforcement

office in Tucson, Arizona on January 23, 2015;

3. I have discussed the issues with Mr. Cotterman via telephone calls from the federal facility in Lompoc, CA and through letters addressed to him at the facility;

4. Mr. Cotterman vociferously disagrees with my legal opinions;

5. I have throughly researched case law in this circuit and sister circuits and have determined that any challenge that the images do *not* depict a minor "engaged" in sexually explicit conduct, an element of the offense, should have been raised by trial counsel in a pre-trial motion to dismiss the Indictment or at argued at trial;

6. This counsel has determined that the failure to file a motion to dismiss the Indictment pre-trial, as required by the rules of criminal procedure, and/or the failure to argue this claim to the district court, is a claim that his right under the Sixth Amendment to the effective assistance of counsel has been violated, a claim that may be addressed in a post-conviction motion to vacate under 28 U.S.C. § 2255;

7. Mr. Cotterman has ordered this counsel to not file the fully prepared brief and excerpt of record, which he has a recent copy of, that argues sentencing error. The brief and excerpt of record are due to be filed on February 26,

Case 4:16-cv-00667-RCC   Document 49-16   Filed 04/06/20   Page 6 of 6
Case: 14-10454, 02/05/2015, ID: 9410682, DktEntry: 11-2, Page 2 of 2
Case 4:16-cv-00667-RCC   Document 1-16   Filed 10/08/16   Page 6 of 6

2015;

    8. This counsel respectfully requests this Court allow her to withdraw and allow Mr. Cotterman to proceed pro se or obtain retained counsel.

Signed under the pains and penalties of perjury,

                s/ Darla J. Mondou, Esq.
                11201 N. Anway Road
                Marana, AZ 85653
                (520) 682-5535
                darlalaw@aol.com
                    Counsel for Defendant/Appellant


Dated: this 5ᵗʰ day of February, 2015

                CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2015 I filed the above Affidavit with the 9ᵗʰ Circuit Court of Appeals via the CM/ECF system and a copy to


Howard Wesley Cotterman
Reg # 30367-208
USP Lompoc
U.S. Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436



_____

Darla J. Mondou