# EXHIBIT AF

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE 9<br><br>CASE NUMBER [redacted]<br><br>REPORT NUMBER: 006 |
|---|---|

Samples\Sort2\web samples7.wav
Samples\Web bites2.wav
Samples\web91.wav

21) Of the 378 child pornography images noted in paragraph 18, 360 of the images appeared to be nude or partially nude photographs of Howard COTTERMAN's grand-daughter [redacted] taken in hotel rooms on several different occasions over a two to three year period. [redacted] appears to be approximately age seven to ten in the photographs, and in many of the photographs, she is being sexually molested by Howard COTTERMAN. Three sample photographs are described as follows:

A) "P1010052.JPG" is a photograph of a prepubescent, Caucasian female lying on her back, naked from the waist down, with her legs spread apart and a flashlight is shining on her vaginal area. The female child is wearing a purple shirt, and has her eyes closed. The female child is lying on a bed with white sheets.

B) "T44.JPG" is a close-up photograph of the labia of a prepubescent female child being spread apart by two fingers of an adult, Caucasian male. The anus of the child is also visible.

C) "compositehi.jpg" is an image containing a compilation of ten photographs of the genital areas of a prepubescent, Caucasian female. Two of the photographs within this image are of the nude torso of the female child lying on her back. The other eight photographs within this image are close-ups of the genital area (labia) of the female child. In one of the photographs, the child is wearing a red and white shirt. In one of the photographs, the labia of the female child are being spread apart.

22) In approximately 165 of the 360 photographs noted in the paragraph above, Howard COTTERMAN is using his fingers/hands to spread [redacted] labia apart. It should be noted that COTTERMAN's face does not appear in any of these photographs (he may have been taking the pictures). However, COTTERMAN can be identified in the photographs by the liver spots on his hand, and the distinctive gold wedding ring he wears on his left ring finger. Also, in a subsequent interview, [redacted] told the interviewing agents that she had been molested by Howard COTTERMAN over the last several years. COTTERMAN's wedding ring is a flat, wide gold ring that has a central groove cut into the middle of the ring along its entire circumference, with two different patterns of shorter, diagonal grooves that intersect the central groove. COTTERMAN's wedding ring can be seen clearly in the following child pornography images found on Laptop2: "P8020026.JPG", "P8040073.JPG", "P8040096.JPG" and "P8040105.JPG". The liver spots on the backs of COTTERMAN's hands can be seen in the child pornography image "P7310011.JPG". For comparison, COTTERMAN's


THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Case 4:16-cv-00667-RCC Document 1-36 Filed 10/08/16 Page 3 of 3



| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 8 |
|---|---|
| | CASE NUMBER [redacted] |
| REPORT OF INVESTIGATION CONTINUATION | REPORT NUMBER: 006 |

| ITEM | NUMBER OF STORED/SAVED CHILD PORNOGRAPHY IMAGES FOUND |
|---|---|
| Laptop2 | 378 |

19) The 378 child pornography images were saved on Howard COTTERMAN's laptop computer within 23 password-protected ZIP archive files that had been renamed with the WAV file extension to hide their presence. I found a total of 106 ZIP archive files on Laptop2 that had been renamed with a WAV file extension. Of these 106 files, 97 were password-protected, and 23 contained child pornography images and/or movies. I used Access Data's Password Recovery Toolkit, version 6, to recover the password for the 97 password-protected archive files, and the password was "niffum" ("muffin" spelled backwards) for all 97 files. I then used WinRAR version 3.62 to extract the files contained within the 97 archive files to 97 separate folders on a government hard drive, where the folder name was the name of the archive file. I then used Nero Burning ROM version 5.5 to burn a DVD of all the files and folders extracted from the 97 password-protected archive files found on Laptop2. Finally, I created a bit-image/forensic copy of the DVD using EnCase 5.05f, and then used EnCase to conduct an examination of the files and folders extracted from the password-protected archive files found on Laptop2.

20) The 23 password-protected ZIP archive files that had been renamed with WAV file extension, and which contained child pornography images and movies, were found on Laptop2 under the folder, "C:\Documents and Settings\Howard\My Documents\Materials\Sounds\", as follows:

Library\webxfer-risk\Web41.wav
Samples\samplet1.wav
Samples\samplet2.wav
Samples\samplet3.wav
Samples\sampletbak.wav
Samples\sampletbestcl2.wav
Samples\Sampletbestclall.wav
Samples\sampletbst.wav
Samples\sampletc.wav
Samples\sampletcl.wav
Samples\sampletcl2.wav
Samples\sampletclassic.wav
Samples\sampleto.wav
Samples\sampletovr.wav
Samples\sampletp.wav
Samples\Sort2\T0507.wav
Samples\Sort2\T0512.wav
Samples\Sort2\T607.wav
Samples\Sort2\T608.wav
Samples\Sort2\T612.wav


THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.