March 28, 2022

To: Clerk of the U.S. District Court, District of Arizona
Suite 1500
405 West Congress Street
Tucson, AZ 85701



From: Howard Wesley Cotterman  30367-208
Federal Correctional Institution-Sheridan
P.O. Box 5000
Sheridan, OR 97378

Subj: Rule 60(b) consideration
Ref: AZ District Case 4:16-CV-00667-RCC; Ninth Circ. No 22-15346

    This is to request that the District Court of Arizona "indicate its willingness to entertain a Rule 60(b) motion." Carriger v. Lewis, 971 F.2d 329, 332 (9th Circ. 1992). As directed by Federal Rules of Civil Procedure 60(b), my Grounds for Relief are limited to (1) Mistake; (3) misrepresentation or misconduct; (4) Void; (6) other justifications for relief. None of the Grounds challenge the merits of the 2255 Ruling, but rather, as "true" 60(b) claims, challenge only the integrity of the 28 U.S.C.S. Sec. 2255 proceedings.
    I understand that, after filing the NOA, jurisdiction moved to the Ninth Circuit, such that upon acknowledgment of this request by the District of Arizona, I must motion the Ninth Circuit to remand jurisdiction to the District Court for purposes of Rule 60 consideration.
    Please correct any misunderstandings.

              Respectfully,
              Howard Cotterman, Petitioner/Appellant Pro Se

              Certification of Service
    I certify that on March 28, 2022 I passed this request letter to the correctional officer on duty for placement in the Institution's Legal Mail, in a properly-addressed envelope with first class postage affixed.
    I declare under penalty of perjury that this certification is true and correct.

              Howard Cotterman, Certifier