# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Howard Wesley Cotterman, | No. CV-16-00667-TUC-RCC |
| Petitioner, | **ORDER** |
| v. | |
| United States of America, | |
| Respondent. | |

On March 28, 2022, Petitioner Howard Wesley Cotterman has submitted a letter to the Clerk's Office,[1] asking whether the Court will consider a Rule 60(b) motion based on general allegations of "(1) mistake, (3) misrepresentation or misconduct, (4) void, (6) other justifications for relief." (Doc. 84.) Cotterman had previously filed a pro se notice of appeal in the Ninth Circuit on March 7, 2022.

The Federal Rules of Civil Procedure state:

> (a) RELIEF PENDING APPEAL. If a timely motion is made for relief that the court lacks authority to grant because of an appeal that has been docketed and is pending, the court may:
>
> (1) defer considering the motion;
> (2) deny the motion; or
> (3) state either that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue.

---

[1] The Court construes this document as a Rule 60(b) motion. Courts may construe filings in a manner that "create[s] a better correspondence between the substance of a *pro se* motion's claim and its underlying legal basis." *Castro v. United States*, 540 U.S. 375, 382-83 (2003).

. . . .

> (c) REMAND. The district court may decide the motion if the court of appeals remands for that purpose.

Fed. R. Civ. P. 62.1.

The Court will deny the motion. Cotterman filed his appeal prior to the filing of this motion and therefore the appellate court now has jurisdiction over his appeal. In addition, Cotterman's general allegations of error do not persuade the Court that it should entertain a Rule 60(b) motion for relief. Moreover, the Court's Order found "that jurists of reason would not debate whether the district court was correct in its procedural rulings," and Cotterman's motion does not persuade the Court otherwise. (*See* Doc. 76 at 20.) Cotterman has not raised a substantial issue encouraging review.

IT IS ORDERED Plaintiff's Motion Under Federal Rule 60(b) is DENIED. (Doc. 84.)

Dated this 7th day of April, 2022.

_____
Honorable Raner C. Collins
Senior United States District Judge