FILED ___ LODGED
___ RECEIVED ___ COPY
APR 18 2022
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY ____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CV-16-667-TUC-RCC

Howard Wesley Cotterman,
Petitioner,

v.

United States of America,
Respondent.

No. CV-00667-TUC-RCC
AMENDED MOTION
for Willingness to Entertain,
and Permission to Submit,
a F.R.Civil Proc. Rule 60(b) Motion.

This is a motion to ascertain the Court's willingness to entertain a Rule 60(b) motion and for permission to submit a motion pursuant to FRCP Rule 60(b) consistent with FRCP Rule 62.1(a).

Please refer to Petitioner's March 28, 2022 letter to Clerk's Office, Doc 84, and this Court's Order, Doc 85. The letter asks, as Doc 85 reiterates, "whether the Court will consider a Rule 60(b) motion." The Doc 84 letter was not submitted nor designated as a Rule 60(b) motion and was not meant to be construed as such.

In the letter to the Clerk, Doc 84, Petitioner merely inquires as to whether the Court will consider a Rule 60(b) motion. That inquiry is based on the Arizona District Court's ruling in Carriger v. Lewis, 971 F.3d 329 (9th Circ. 1992) and Williams v. Woodford, 306 F.3d 665 (9th Circ. 2002), both cited by Habeas Corpus Practice and Procedure, Part VIII, Chapter 34.3 FN 28 in specifying the "proper procedure."

The Doc 85 ruling misconstrues the inquiry letter to Clerk of the Court to be, itself, a Rule 60(b) motion (see Doc 85 footnote 1), one that addresses four procedural grounds only by title, devoid of specifics. Misconstruing the letter circumvented the prescribed procedure and undermined the "correspondence" (Doc 85 footnote 1), both detrimental to Petitioner. Nonetheless, Doc 85 appears to indicate a willingness to consider a proper Rule 60(b) motion.

Petitioner respectfully requests that the Court confirm its willingness to consider a "true" and conforming motion under Rule 60(b), one that addresses only the integrity of the proceedings and not the 2255 merits, and do permit Petitioner to submit such a motion for this Court's consideration.

Respectfully,
Howard Cotterman
Petitioner
April 14, 2022

April 14, 2022

TO: Clerk of the U.S. District Court
    Evo A. DeConcini U.S. District Courthouse
    405 West Congress St.; Suite 1500
    Tucson, AZ 85701-5010

FROM: Howard Wesley Cotterman 30367-208
    Fed. Correctional Institution, Sheridan
    P.O. Box 5000
    Sheridan, OR 97378

SUBJ: Amended Motion to replace April 13, 2022 submittal in its entirety
RE: Case No CV-00667-TUC-RCC

    The enclosed Amended Motion for Willingness to Entertain, and Permission to submit, a FRCP Rule 60(b) Motion, is intended to replace and supercede my April 13 submittal in its entirety. The enclosed motion corrects errors and my misunderstandings, or concern I expressed in closing my March 28 letter to you, Doc 84. The enclosed Motion also recognizes that FRCP Rule 62.1 is controlling, having been cited by the Doc 85 ruling, thereby narrowing the scope.

    Please file the enclosed Motion instead of my April 13 submittal, or as an amendment and replacement in total. I regret any inconvenience to your office.

                                Respectfully,
                                Howard Cotterman

## CERTIFICATIONS

    I hereby certify under the rules of perjury that this letter and the enclosed Motion dated April 14, 2022 are true and correct to the best of my knowledge.

    I certify that, on April 14, 2022, I passed this letter and enclosure to the Correctional Officer on duty for placement in the Institution's Legal Mail with First Class US Postage paid and affixed.

                                Howard Cotterman
                                  Certifier