UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 27 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. HOWARD WESLEY COTTERMAN, Defendant-Appellant. | No. 22-15346 <br><br> D.C. Nos. 4:16-cv-00667-RCC <br> 4:07-cr-01207-RCC-CRP-1 <br><br> District of Arizona, Tucson <br><br> ORDER |

Before: SCHROEDER and BYBEE, Circuit Judges.

The request for a certificate of appealability (Docket Entry No. 12) is denied because appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

Any pending motions are denied as moot.

**DENIED.**